

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *City of Friendswood v. Joseph Tostado*

Appellate case number:   01-20-00398-CV

Trial court case number:  18-CV-0108

Trial court:             122nd District Court of Galveston County

      It is ordered that the motion for en banc reconsideration is **DENIED**.


Judge's signature: ____/s/ Veronica Rivas-Molloy_____
               ☑ Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  _December 29, 2022_